EXHIBIT "B"

# PIKE & PIKE, P.C.
## ATTORNEYS AT LAW

1921 Bellmore Avenue
Bellmore, NY 11710
Phone (516) 783-0062
Fax (516) 783-0082

Lincoln Limousine Brokerage, Inc.
19-23 Ditmars Blvd
Astoria, NY 11105

November 01, 2014

Matter Billing Summary

Re: *8862.001*
**LLB ads Leier**
INVOICE #: 70107

| | |
|---|---|
| Fees and Disbursements | $7,311.00 |
| Interest on Unpaid Balance | ~~$57.47~~ |
| Total New Charges | ~~$7,368.47~~ |

Re: *8862.Dis*
**LLB Disb**
INVOICE #: 70108

| | |
|---|---|
| Fees and Disbursements | $66.78 |
| Interest on Unpaid Balance | ~~$1.46~~ |
| Total New Charges | ~~$68.24~~ |

TOTAL DUE                    ~~$7,436.71~~

$7377.78
- 2000.00
$5377.78

ck# 1076
11/18/14

# PIKE & PIKE, P.C.
## ATTORNEYS AT LAW

1921 Bellmore Avenue
Bellmore, NY 11710
Phone (516) 783-0062
Fax (516) 783-0082

Lincoln Limousine Brokerage, Inc.
19-23 Ditmars Blvd
Astoria, NY 11105

November 01, 2014

Re: *8862.001*
**LLB ads Leier**
INVOICE #: 70107

Time Charges:

| | | | Hours |
|---|---|---|---|
| 9/26/2014 | LIC | Review records of jobs performed by plaintiff; office conference with RCP re: issues related to potential motion to dismiss. | 0.40 |
| 9/29/2014 | RCP | Review and outline comments to status letter to client. | 0.10 |
| 9/30/2014 | LIC | Revise and expand status letter to client. | 0.20 |
| 10/1/2014 | MTH | Office conference with LIC. Review of file and organized letter motion documents as instructed. | 0.20 |
| | RCP | Review and finalize status letter to client. | 0.10 |
| 10/2/2014 | MA | Brief email to M. Almogazi enclosing LIC's October 2, 2014 correspondence re: status. | 0.10 |
| 10/3/2014 | LIC | Appearance at US District Court in Brooklyn re: conference to discuss Plaintiff's request to file motion to strike Defendant's affirmative defenses; conference case with Court and Plaintiff's attorney; office conference with RCP re: denial of Plaintiff's request by Court. | 3.90 |
| 10/6/2014 | LIC | Letter to client re: denial of Plaintiff's request to file motion to strike Defendant's affirmative defenses. | 0.20 |
| | RCP | Review and finalize status letter to client. | 0.10 NO CHARGE |
| | RCP | Brief review and analysis of Plaintiff's discovery demands; memo to LIC re: same. | 0.10 |
| 10/7/2014 | MTH | Brief conferences with LIC. Review of database for sample response to requests for admission as instructed. Prepared brief email to opposing counsel requesting attachments that were erroneously left out of Requests for Admissions. | 0.30 |
| | LIC | Receipt and review of Plaintiff's discovery demands; legal research re: | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/8/2014 | MTH | Conference with LIC. Prepared deposition notice and draft responses to Plaintiff's discovery demands, as per attorney instruction. | 0.90 |
| | LIC | Legal research re: | 0.30 |
| 10/9/2014 | LIC | Legal research re: prepare draft response to Plaintiff's request for Admissions. | 1.40 |
| 10/10/2014 | RCP | Review legal assistant's memo re: depos and reply; telephone conference with client re: status; review and analysis of Plaintiff's attorney's letter to Court for insight prepare memo to LIC. | 0.80 |
| | LIC | Review client documents for info for use in preparation of discovery demands. | 0.40 |
| 10/13/2014 | LIC | Lengthy memo to RCP re: possible increased settlement offer; office conference with RCP re: same. | 0.50 |
| | RCP | Conference with LIC re: issues related to possible new offer of judgment; conference with legal assistant for additional calculations in connection with same. | 0.50 |
| | CDD | Office conf. with RCP & LIC. prepared email to RCP re total amount earned by Leier. | 0.40 |
| 10/21/2014 | LIC | Prepare draft responses to Plaintiff's discovery demands. | 3.40 |
| 10/22/2014 | MTH | Brief conference with LIC. On-line research for specifications concerning vehicles in fleet. Prepared email to client requesting information concerning same. | 0.60 |
| | LIC | Telephone conference with Plaintiff's attorney re: extension of time to serve discovery responses; office conference with RCP re: counsel's request to toll limitations period; revise and finalize draft discovery responses. | 2.20 |
| 10/23/2014 | MTH | Brief conferences with LIC. Review of hard file and computer database for documents responsive to plaintiff's discovery demands. Compiled same for attorney review. Redaction of responses as instructed by attorney. Finalized all for LIC review and execution and served same upon opposing counsel via overnight mail. | 0.80 |
| | DK | Assist MTH with compilation and redaction of exhibts for discovery demand. | 0.50 |
| | LIC | Office conference with RCP re: discuss draft discovery responses; revise response to request for admissions, response to request for documents, and interrogatory responses. | 5.20 |

# PIKE & PIKE, P.C.

Lincoln Limousine Brokerage, Inc.  November 01, 2014
   - Continued  Page 3

|  |  | Hours |  |
|---|---|---|---|
| 10/23/2014 RCP | Review and outline comments to Plaintiff's Demand for notice/comit; reivew ROG and D&I responses; modify and discuss with LIC; review documents to disclose. | 2.20 | |
| | Total time charges | 26.30 | $7,311.00 |

Pd Ck #1076 - 2000.00
11/18/14
$5311.00

PIKE & PIKE, P.C.

# PIKE & PIKE, P.C.

Lincoln Limousine Brokerage, Inc.  November 01, 2014
    - Continued  Page 4

Re: *8862.Dis*
**LLB Disb**
INVOICE #:  70108

Disbursements:

| Date | Description | Amount |
|---|---|---:|
| 9/30/2014 | On line research provided by WestLaw, for the month of September, 2014 for file no.8862.001(LIC). | 7.08 |
| | Quarterly invoice for PACER (Public Access to Court Electronic Records, Invoice No. 2888382-Q32014-September 2014 for file no. 8862.001. | 2.80 |
| 10/3/2014 | Travel, tolls and/or parking (LIC) (8862.001 ads Leier). | 26.50 |
| 10/23/2014 | Copies of discovery responses for file 8862.001(MTH). | 30.40 |

Total disbursements  $66.78

# PIKE & PIKE, P.C.
## ATTORNEYS AT LAW

1921 Bellmore Avenue
Bellmore, NY 11710
Phone (516) 783-0062
Fax (516) 783-0082

Lincoln Limousine Brokerage, Inc.
19-23 Ditmars Blvd
Astoria, NY 11105

December 01, 2014

Matter Billing Summary

Re: *8862.001*
**LLB ads Leier**
INVOICE #:   70403

|  |  |
|---|---|
| Fees and Disbursements | $3,106.00 |
| Interest on Unpaid Balance | ~~$66.10~~ |
| Total New Charges | ~~$3,172.10~~ |

Re: *8862.Dis*
**LLB Disb**
INVOICE #:   70404

|  |  |
|---|---|
| Fees and Disbursements | $206.18 |
| Interest on Unpaid Balance | ~~$0.60~~ |
| Total New Charges | ~~$206.78~~ |

TOTAL DUE                              ~~$3,378.88~~

#3312.18

# PIKE & PIKE, P.C.
## ATTORNEYS AT LAW

1921 Bellmore Avenue
Bellmore, NY 11710
Phone (516) 783-0062
Fax (516) 783-0082

Lincoln Limousine Brokerage, Inc.
19-23 Ditmars Blvd
Astoria, NY 11105

December 01, 2014

Re: *8862.001*
**LLB ads Leier**
INVOICE #: 70403

Time Charges:

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/29/2014 | LIC | Prepare initial interrogatories and request for production of documents. | 1.40 |
| 10/30/2014 | LIC | Receipt and review of letter from plaintiff's attorney re: defendants' discovery responses. | 0.20 |
| 10/31/2014 | RCP | Review draft discovery demands. | 0.20 |
| 11/3/2014 | LIC | Memo to RCP re: | 0.20 |
| 11/6/2014 | LIC | Letter to Plaintiff's attorney re: discovery issues. | 0.20 |
| | RCP | Telephone conference with client re: various facts and issues. | 0.20 NO CHARGE |
| 11/7/2014 | CDD | Finalized letter re defendants' discovery responses and repared emails to opposing counsel and client enclosing same. | 0.20 |
| 11/11/2014 | MTH | Brief conferences with RCP. Prepared email correspondence to client, forwarding Plaintiff's discovery demands, our responses, our demands and various correspondence to the Court, as instructed. | 0.30 |
| | RCP | Organize notes/outline in prep for meeting with client; meet with client re: issues related to discovery and settlement. | 1.80 |
| | LIC | Re: Lincoln ads Leier - Brief office conference with RCP and client re: Offer of Judgment. | 0.20 NO CHARGE |
| 11/13/2014 | MTH | Brief conference with LIC. Revised Offer of Judgment as instructed and left same for attorney review, revision and execution. | 0.20 |

# PIKE & PIKE, P.C.

Lincoln Limousine Brokerage, Inc.
   - Continued

December 01, 2014

Page    2

|  |  |  | Hours |
|---|---|---|---|
| 11/13/2014 | LIC | Office conference with MTH re: preparation of Offer of Judgment; legal research re: cases cited in Plaintiff's pre-motion letter regarding sufficiency of Defendant's discovery responses, and contrary authority; prepare draft response letter to Plaintiff's attorney. | 2.70 |
|  | RCP | Prepare detailed memo to LIC re: Offer of Judgment and supplementing discovery responses; review and outline comments to draft letter to counsel re: discovery responses; conference with LIC re: select issues related to same. | 0.80 |
| 11/14/2014 | MTH | Forwarded copy of our letter regarding discovery responses to opposing counsel as instructed. Prepared brief email to client forwarding same along with a copy of revised Offer of Judgment. | 0.40 |
|  | LIC | Receipt and review of deposition notice. | 0.20 |
| 11/17/2014 | LIC | Office conference with RCP re: deposition notice received from Plaintiff's attorney; review rules re: required advance notice; letter to attorney re: same. | 0.40 |
|  | RCP | Conference with LIC re: Plaintiff's notice of deposition and issues related to same. | 0.20 |
| 11/18/2014 | RCP | Review and finalize letter to attorney re: depositions. | 0.20 |
|  | RCP | Prepare detailed email to client re: multiple issues; telephone conference with client re: same. | 0.30 NO CHARGE |
| 11/20/2014 | LIC | Office conference with RCP re: offer of judgment, scheduled deposition of Defendant, and related matters; telephone conference with opposing counsel re: rescheduling of Defendant's deposition and possible resolution. | 0.40 |
|  | RCP | Brief conference with LIC re: protective order motion re: deposition. | 0.20 NO CHARGE |
| 11/21/2014 | MA | Brief review of email from LIC; review of proposed dates provided by Plaintiff's attorney; brief review of conflicts; drafted letter to M. Almogazi. | 0.30 |
| 11/25/2014 | LIC | Email correspondence with Plaintiff's attorney re: deposition date. | 0.20 |
| 11/26/2014 | MTH | Receipt and review of attorney instructional note. Redacted email and customer information as instructed. Prepared draft Supplemental Response to accompany responsive documents, and drafted Certificate of Service of same, all for attorney review. | 0.70 |

Total time charges                                                12.10    $3,106.00

# PIKE & PIKE, P.C.

Lincoln Limousine Brokerage, Inc.
    - Continued

December 01, 2014
Page     3

Re: *8862.Dis*
   **LLB Disb**
   INVOICE #:    70404

Disbursements:

| Date | Description | Amount |
|---|---|---|
| 10/23/2014 | Overnight services provided by Unishippers, Invoice No. 1010143772 to T. Dickerson, Esq., dated 11-03-14 for file no. 8862.001(ads Leier)(MTH). | 21.95 |
| 10/31/2014 | Research provided by Lexis Nexis for the month of October, 2014, for file 8862.001 (ads Leier)(LIC). | 26.95 |
| 11/30/2014 | On line research provided by WestLaw, for the month of November, 2014 for file no. 8862.001 (ads Leier)(LIC). | 157.28 |

Total disbursements     $206.18

# PIKE & PIKE, P.C.
## ATTORNEYS AT LAW

**1921 Bellmore Avenue**
**Bellmore, NY 11710**
Phone  (516) 783-0062
Fax    (516) 783-0082

Lincoln Limousine Brokerage, Inc.
19-23 Ditmars Blvd
Astoria, NY 11105

December 11, 2014

Re: *8862.001*
**LLB ads Leier**
INVOICE #:  70465

Time Charges:

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 11/26/2014 | RCP | Review additional documents from client and memo to LIC re: same. | 0.20 | NO CHARGE |
| 12/1/2014 | RCP | Prepare followup inquiry to client. | 0.10 | NO CHARGE |
|  | RCP | Lengthy telephone conference with client re: depos/settlement issue. | 0.80 | |
| 12/4/2014 | LIC | Multiple office conferences with RCP re: discovery issues and upcoming Court deadlines; telephone conference with Plaintiff's attorney re: same. | 0.40 | |
|  | RCP | Review and analysis of client's _____ vis-a-vis certification issue; outline questions re: same. | 0.20 | |
|  | RCP | Conference with LIC re: status with client; conference with LIC re: recent telephone conference with attorney. | 0.20 | NO CHARGE |
| 12/7/2014 | RCP | Review and analysis of _____ compare with _____ brief initial review and analysis of Plaintiff's discovery responses. | 0.50 | |
| 12/8/2014 | RCP | Telephone call to Mohamed Almogazi | 0.10 | NO CHARGE |
| 12/9/2014 | MTH | Brief conference with LIC. Forwarded copies of Discovery Demands and Plaintiff's Responses to client, via electronic mail, as instructed. Telephone call from Mr. Korban regarding same. Brief electronic mail message to RCP regarding client's concerns. | 0.40 | |
|  | LIC | Receipt, review and analysis of Plaintiffs' motion to compel discovery responses. | 0.40 | |

Total time charges    3.30    $785.50